Carl Edwin WIGGINS, Petitioner-Appellant,

v.

Dan V. McKASKLE, Acting Director, Texas Department of Corrections, Respondent-Appellee.

No. 80–2278.

United States Court of Appeals, Fifth Circuit.

April 16, 1984.

Craig Smyser, Houston, Tex. (Court-appointed), for petitioner-appellant.

Leslie A. Benitez, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

ON REMAND FROM THE UNITED STATES SUPREME COURT

Before GARZA, POLITZ and WILLIAMS, Circuit Judges.

PER CURIAM:

The Supreme Court of the United States, — U.S. ——, 104 S.Ct. 944, 79 L.Ed.2d 122, has reversed the judgment of this Court, 681 F.2d 266, and remanded the cause to us for further procedures in conformity with its opinion.

Accordingly, it is now ordered that the judgment of the district court in this cause be, and the same is hereby, AFFIRMED.